UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WALTER G. ADAMS, JR.                         CIVIL ACTION

VERSUS                                       NUMBER: 06-10554

ST. TAMMANY PARISH, ET AL.                   SECTION: "S"(5)

### REPORT AND RECOMMENDATION

Presently before the Court is plaintiff's motion for voluntary dismissal which was filed herein on February 5, 2007.  For the reasons that follow, it is recommended that plaintiff's motion be granted and that his suit be dismissed pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure.

Pro se plaintiff, Walter G. Adams, Jr., who is presently incarcerated at the Avoyelles Bunkie Detention Center, Evergreen, Louisiana, filed the above-captioned complaint in forma pauperis against defendants, the Parish of St. Tammany, the Twenty-Second Judicial District Court, Deputies Romano and Evans of the St. Tammany Parish Sheriff's Office, and unnamed members of the St. Tammany Parish Jail's medical Department.  (Rec. doc. 1). Plaintiff alleged that on some unspecified date, he slipped and

fell while exiting a transport van docked in the sally port of the Twenty-Second Judicial District Court Courthouse, suffering injuries for which he was subsequently denied needed medical care. Id.

Subsequent to being served with a copy of plaintiff's complaint, two of the named defendants, the Twenty-Second Judicial District Court and the Parish of St. Tammany, filed motions to dismiss which remain pending. (Rec. docs. 12, 16).  Two of the other named defendants, Deputies R. Romano and Evans, filed an answer to plaintiff's complaint on February 1, 2007.  (Rec. doc. 18).  The motion that is presently before the Court was filed on February 5, 2007.

Rule 41(a)(1) of the Federal Rules of Civil Procedure allows a plaintiff to voluntarily dismiss his case by filing a notice thereof "... at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, ..."  To date, no motions for summary judgment have been filed in this case and counsel for the two defendants who have filed an answer has advised the Court that he has no opposition to plaintiff's motion.  That being the case, it will be recommended that plaintiff's motion be granted and that his lawsuit be dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**RECOMMENDATION**

2

For the foregoing reasons, it is recommended that plaintiff's motion be granted and that his lawsuit be dismissed pursuant to 41(a)(1) of the Federal Rules of Civil Procedure.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Services Auto. Assoc., 79 F.3d 1415 (5th Cir. 1996)(en banc).

New Orleans, Louisiana, this __9th__ day of ____February____, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

3