UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WALTER G. ADAMS, JR.                              CIVIL ACTION

VERSUS                                            NUMBER: 06-10554

ST. TAMMANY PARISH, ET AL.                        SECTION: "S"(5)


O R D E R

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed pursuant to Rule 41(a)(1), Fed.R.Civ.P.

New Orleans, Louisiana, this 2nd day of March, 2007.

UNITED STATES DISTRICT JUDGE